UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTHONY SHRONE PERSON,

                Plaintiff,

    v.

WASHINGTON DEPARTMENT OF
CORRECTIONS, *et al*.

                Defendants.

Case No. C22-5744-RAJ-MLP

REPORT AND RECOMMENDATION

## I.    INTRODUCTION AND SUMMARY CONCLUSION

This is a civil rights action filed under 42 U.S.C. § 1983. Plaintiff Anthony Shrone Person is proceeding with this action *pro* se and *in forma pauperis*. Service has not been ordered. This Court, having reviewed Plaintiff's complaint and the balance of the record, concludes that Plaintiff has not stated any claim upon which relief may be granted under § 1983. The Court therefore recommends that Plaintiff's complaint and this action be dismissed, without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B).

## II.    DISCUSSION

On October 4, 2022, Plaintiff submitted to the Court for filing a civil rights complaint under 42 U.S.C. § 1983. (*See* dkt. # 1.) Plaintiff alleged in his complaint violations of his

REPORT AND RECOMMENDATION - 1

constitutional rights which appeared to arise out of the manner in which the State of Washington had processed a tort claim relating to injuries he suffered while confined at the Washington Corrections Center ("WCC") and the Coyote Ridge Corrections Center ("CRCC"). (*See* dkt. # 4.) Plaintiff identified as Defendants in his complaint the Washington Department of Corrections, the Washington Department of Enterprise Services, WCC, and CRCC. (*Id*. at 3-5.) Plaintiff requested that this Court compel Defendants to settle the pending state legal matters and pay the damages sought in those proceedings. (*Id*. at 11.)

After reviewing Plaintiff's complaint, this Court concluded that Plaintiff had not stated any viable claim for relief in his pleading. Thus, on October 26, 2022, the Court issued an Order declining to serve Plaintiff's complaint and granting him an opportunity to file an amended complaint correcting, to the extent possible, certain specified deficiencies. (Dkt. # 7.) Among the deficiencies noted by the Court were that Plaintiff had not identified a viable Defendant in his complaint, and that his asserted facts did not clearly implicate federal constitutional concerns. (*See id*. at 4-5.)

Plaintiff was given thirty days to file an amended complaint correcting the noted deficiencies and was advised that if he failed to timely file an amended complaint, or to correct the deficiencies identified by the Court, the Court would recommend this action be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B). To date, Plaintiff has filed no amended complaint. Because Plaintiff failed to state any viable claim for relief in his original complaint, and because he has not filed an amended complaint correcting the deficiencies identified by the Court, this action must be dismissed.

//

//

REPORT AND RECOMMENDATION - 2

### III. CONCLUSION

Based on the foregoing, this Court recommends that Plaintiff's complaint and this action be dismissed without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B), for failure to state any claim upon which relief may be granted under § 1983. The Court further recommends that this dismissal be counted as a strike under 28 U.S.C. § 1915(g). A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **December 23, 2022**.

DATED this 2nd day of December, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 3