UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY SHRONE PERSON, | |
| Plaintiff, | Case No. C22-5744-RAJ |
| v. | |
| WASHINGTON DEPARTMENT OF CORRECTIONS, *et al.*, | ORDER DISMISSING ACTION |
| Defendants. | |

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the remaining record, hereby ORDERS:

(1)  The Report and Recommendation (Dkt. # 8) is approved and adopted.

(2)  Plaintiff's complaint (Dkt. # 4) and this action are DISMISSED, without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B). The Clerk shall count this dismissal as a strike under 28 U.S.C. § 1915(g).

(3)  Plaintiff's Motion to Stop Payment (Dkt. # 9) is denied as moot.

ORDER DISMISSING ACTION
PAGE - 1

(4)     The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

DATED this 11th day of January, 2023.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING ACTION
PAGE - 2